## STATE v. JAMES HEATON.

((Same syllabus as in *State* v. *Alexander, ante* 231 )
    PEARSON, C. J.   *Dissenting.*
((*State* v. *Alexander, ante,* cited and approved.)

INDICTMENT for Riot against the defendant and. twelve
others, removed from New Hanover County and tried at
Fall Term, 1876, of COLUMBUS Superior Court, before *Mc-*
*Koy, J.*
    The jury rendered a verdict of guilty and the Court gave
judgment that the defendant be imprisoned in the Peniten-
tiary at hard labor for a term of three years and pay a fine
of five hundred dollars. . The defendant appealed to this
Court and during the pendency of the appeal filed a plea
of Pardon granted by Gov. Brogden on the 20th of. Decem-
ber, 1876.

*Attorney General,* for the State.
    *Messrs. Badger & Devereux* and *D. L. Russell,* for the de-
fendant.

READE, J.   The facts as to the pardon in this case, are the
same as in *State* v. *Alexander,* at this term and the principles
of law are the same and the decision the same.

PER CURIAM.   We declare that the defendant is entitled
to be discharged on the payment of the costs of this Court,
and upon compliance with such other terms as the pardon
prescribes.